# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO 4 OF WILLIAMSON COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 5, 2014, the cause upon appeal to revise or reverse your judgment between

Eric Ward, Appellant

V.

Brooke Ward, Appellee

No. 04-12-00703-CV and Tr. Ct. No. 11-1851-FC4

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee Brooke Ward recover her costs of appeal from appellant Eric Ward.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 15, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-12-00703-CV

**Eric Ward**

**v.**

**Brooke Ward**

(NO. 11-1851-FC4 IN COUNTY COURT AT LAW NO 4 OF WILLIAMSON COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | JAMES VAUGHT |
| MOTION FEE | $10.00 | E-PAID | TRACY VAUGHT |
| MOTION FEE | $10.00 | PAID | HOHMANN TAUBE & SUMMERS |
| MOTION FEE | $10.00 | PAID | HOHMANN TAUBE & SUMMERS |
| MOTION FEE | $10.00 | PAID | HOHMANN TAUBE & SUMMERS |
| REPORTER'S RECORD | $150.00 | PAID | THOMAS MCMINN |
| MOTION FEE | $10.00 | E-PAID | TRACY VAUGHT |
| MOTION FEE | $10.00 | E-PAID | TRACY VAUGHT |
| SUPPLEMENTAL CLERK'S RECORD | $14.00 | PAID | N/A |
| REPORTER'S RECORD | $3,190.00 | PAID | N/A |
| CLERK'S RECORD | $440.00 | PAID | N/A |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | N/A |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | N/A |
| INDIGENT | $25.00 | E-PAID | N/A |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | N/A |
| FILING | $100.00 | E-PAID | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 15, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853